MAYER BROWN LLP
John Nadolenco (SBN 181128)
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
jnadolenco@mayerbrown.com

Lauren R. Goldman (*pro hac vice*)
Michael E. Rayfield
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com
mrayfield@mayerbrown.com
*Counsel for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CLAYTON P. ZELLMER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION AND UNDER RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM**<br><br>Case No.: 3:18-CV-01880-JD<br><br>Date:  September 13, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 11<br><br>Hon. James Donato |

The matter is before the Court on the motion of defendant Facebook, Inc. ("Facebook") to dismiss the plaintiff's complaint.  After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that Facebook's motion should be granted and the complaint should be dismissed.

Accordingly, **IT IS HEREBY ORDERED THAT** Facebook's Motion is **GRANTED**, and the Complaint is **DISMISSED**.

DATED:

_____
Honorable James Donato
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS, CASE NO. 3:18-CV-01880-JD