UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAYTON P. ZELLMER, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

FACEBOOK, INC.,

Defendant.

Case No.  3:18-cv-01880-JD

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and the orders granting partial summary judgment in favor of defendant Facebook, Inc., Dkt. Nos. 87 and 103, judgment is entered for Facebook.

**IT IS SO ORDERED.**

Dated:  December 2, 2022

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28