Carey Rodriguez Milian, LLP
John C. Carey*
jcarey@careyrodriguez.com
David P. Milian*
dmilian@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475
*Admitted *pro hac vice*

Bottini & Bottini, Inc.
Albert Y. Chang (SBN 296065)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone (858) 914-2001
Facsimile (858) 914-2002
Email: achang@bottinilaw.com

*Counsel for Plaintiff Clayton P. Zellmer*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAYTON P. ZELLMER,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant | **NOTICE OF APPEAL**<br><br>Case No.: 18-cv-01880-JD<br><br>Class Action<br><br>Hon. James Donato |

Notice is hereby given that, pursuant to Federal Rules of Appellate Procedure 3 and 4, plaintiff Clayton P. Zellmer, on behalf of himself and all others similarly situated ("Plaintiff"), appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered on December 2, 2022 (Dkt. No. 104), and from all other orders, decisions, and rulings entered in the

case that are adverse to Plaintiff, including without limitation the order granting partial summary

judgment against Plaintiff entered on March 31, 2022 (Dkt. No. 87).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2022, I electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system, which will automatically send e-mail

notification of such filing to all counsel of record who are deemed to have consented to electronic

service.


Dated: December 13, 2022                    Respectfully submitted,

                                            By: */s/ John C. Carey*
                                            John C. Carey*
                                            Email: jcarey@careyrodriguez.com
                                            Secondary: ecf@careyrodriguez.com
                                            David P. Milian*
                                            Email: dmilian@careyrodriguez.com
                                            CAREY RODRIGUEZ MILIAN, LLP
                                            1395 Brickell Avenue, Suite 700
                                            Miami, Florida 33131
                                            Telephone: (305) 372-7474
                                            Facsimile: (305) 372-7475
                                            *Admitted pro hac vice*

                                            Bottini & Bottini, Inc.
                                            Albert Y. Chang (SBN 296065)
                                            7817 Ivanhoe Avenue, Suite 102
                                            La Jolla, California 92037
                                            Telephone (858) 914-2001
                                            Facsimile (858) 914-2002
                                            Email: achang@bottinilaw.com

                                            *Counsel for Plaintiff Clayton P. Zellmer*