UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 09 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CLAYTON P. ZELLMER, on behalf of
himself and all others similarly situated,

        Plaintiff - Appellant,

 v.

META PLATFORMS, INC.,

        Defendant - Appellee.

No. 22-16925

D.C. No. 3:18-cv-01880-JD
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered June 17, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT